# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN WESLEY WARD | § | |
| | § | |
| v. | § | C.A. NO. C-05-464 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE-INSTITUTIONAL DIVISION, | § | |

## MEMORANDUM OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On March 30, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 12).  Objections were timely filed (D.E. 13). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge regarding petitioner's cause of action for habeas corpus relief.

The Court does not adopt the Magistrate Judge's findings and conclusions regarding petitioner's potential claims under 42 U.S.C. § 1983.  Such claims are not before the Court at this time.

Accordingly, defendant's motion for summary judgment (D.E. 10) is granted. Petitioner's cause of action for habeas corpus relief is dismissed with prejudice. Petitioner's certificate of appealability is denied.

ORDERED this _____8_____ day of _____May_____, 2006.

_____

HAYDEN HEAD

CHIEF JUDGE